IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| EFRAM BARBER, | : | |
| | : | 7:07-CV-61 (CAR) |
| Petitioner, | : | |
| | : | HABEAS CORPUS |
| vs. | : | 28 U.S.C. § 2255 |
| | : | |
| UNITED STATES OF AMERICA, | : | 7:02-CR-16 (CAR) |
| | : | |
| Respondent. | : | |

## *ORDER ON THE RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Report and Recommendation [Doc.220] from United States Magistrate Judge G. Mallon Faircloth, that recommends denying Petitioner's Motion to Vacte, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255. Petitioner, through his appointed counsel, has subsequently filed an Objection to the Recommendation [Doc. 222]. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's objections, has made a de novo determination of the portions of the Recommendation to which Petitioner objects, and finds those objections to be without merit.

Each of Petitioner's objections simply recant earlier arguments he proffered in his original § 2255 petition. The Magistrate Judge thoroughly addressed each and every one of Petitioner's claims, and this Court agrees with the Magistrate Judge's reasoning and

conclusions.  The Magistrate Judge held a hearing on the factual disputes surrounding the conduct of Petitioner's trial counsel and determined Petitioner was not credible.  For the reasons expressed in the Report and Recommendation, Petitioner has failed to carry his burden.  Accordingly, the Report and Recommendation [Doc. 220] is **ADOPTED** and **MADE THE ORDER OF THIS COURT**, and Petitioner's Motion to Vacate , Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 207] is **DISMISSED**.

Petitioner has written this Court two letters in which he requests the opportunity to appear before this Court and asks that the Court take into consideration his many accomplishments and achievements while incarcerated to reduce his prison sentence.  While the Court certainly applauds Petitioner's achievements and understands his desire to address this Court, the Court is bound by the law and finds a hearing in this case unnecessary.

**SO ORDERED**, this 11th day of June, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH